# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ANDREW GOETZ,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN, FCI LOMPOC,<br><br>   Respondent. | Case No. CV 19-5752-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and Respondent has filed a Response to the Objections. The Court has conducted a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.

Petitioner objects that the Magistrate Judge did not address certain alleged issues relating to his conditions of confinement at FCI Lompoc during the ongoing COVID-19 pandemic, which Petitioner raised in a "Memorandum in Support of 2241, Citation of Additional New Court Rulings," filed August 7, 2020 (the "Supplemental Memo"). Petitioner's contentions in the Supplemental Memo are wholly unrelated to the three grounds raised in the Petition regarding Petitioner's underlying convictions and sentence.

They have no bearing on the Magistrate Judge's findings and recommendations as contained in the Report and Recommendation.[1]

The Court overrules Petitioner's Objections and accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Petitioner's Motion to Stay is denied; (2) Respondent's Motion to Dismiss the Petition is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: September 23, 2020

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] As explained more fully in the Response, Petitioner's claims in the Supplemental Memo also have been or are being considered in other proceedings.