JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ANDREW GOETZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCI LOMPOC,<br><br>    Respondent. | Case No. CV 19-5752-CJC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 23, 2020

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE